# CASE CLOSED

**CASE NUMBER:** <u>3:04-CV-0523-N</u>

**DATE:** <u>8-29-06</u>

**TRIAL HELD:** <u>  NO  </u>

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOE A. LEWIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:04-CV-0523-N |
| | § | |
| JO ANNE B. BARNHART, | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, the Court finds that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted as the Findings and Conclusions of the Court. Accordingly, the final decision of the Commissioner is affirmed.

Signed this 28 day of Aug., 2006.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE